

# The State of Texas
## Secretary of State

2008-151049-4

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Plaintiff's First Amended Orignal Complaint in the cause styled:

> Marine Geotechnics LLC Vs Quest Veritas Geosciences et al
> United States District Court for the Southern District of Texas, Houston Division
> Cause No: 407CV03499

was received by this office on May 16, 2008, and that a copy was forwarded on May 21, 2008, by CERTIFIED MAIL, return receipt requested to:

> Subtec S A de C V
> Paseo de la Reforma
> 115 Piso 11
> Lomas de Chapultepec DF CP 11000
> Mexico

As of this date, no response has been received in this office.

Date issued: July 21, 2008

*Phil Wilson*
Phil Wilson
Secretary of State

ST/lsv